STATE OF MINNESOTA                                          DISTRICT COURT

COUNTY OF HENNEPIN                                  FOURTH JUDICIAL DISTRICT
                                                    Case Type: PERSONAL INJURY

---

Ekatarina Vorotnikova Bozic and Marin          Court File No. 27-CV-26-4503
Bozic,

                        Plaintiffs,

vs.                                                   **NOTICE OF FILING**
                                                   **OF NOTICE OF REMOVAL**

Jack & the Green Sprouts, Inc.,

                        Defendant.

---

TO:   Hennepin County District Court Administrator, 300 South Sixth Street, Minneapolis, MN 55487; and

The United States District Court for the District of Minnesota; and Plaintiffs Ekatarina Vorotnikova Bozic and Marin Bozic, and their attorney, Eric Hageman, Pritzker Hageman, P.A., 100 University Avenue, Minneapolis, MN 55414.

PLEASE TAKE NOTICE that Defendant Jack & the Green Sprouts, Inc., by its attorney, has on this date filed a Notice of Removal with the United States District Court for the District of Minnesota.  A copy of the Notice of Removal is attached hereto as Exhibit 1.  Pursuant to 28 U.S.C. §1446(d), the filing of the Notice of Removal effects a removal of this action, and the Hennepin County District Court may proceed no further unless and until the case is remanded.

> **EXHIBIT**
>
> **B**

12752052

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.


Dated: April 6, 2024

/s/ Timothy J. Carrigan
Timothy J. Carrigan (#0338412)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 375-5905
F: (612) 339-7655
tjcarrigan@ArthurChapman.com

*Attorneys for Defendant*
*Jack & the Green Sprouts, Inc.*

2

12752052