| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT<br>Case Type: Personal Injury |

| | |
|---|---|
| Ekatarina ("Kate") Vorotnikova Bozic and Marin Bozic, | The Honorable Jamie L. Anderson<br>Court File No: 27-CV-26-4503 |
| Plaintiffs, | |
| v. | **DEFENDANT JACK & THE GREEN SPROUTS, INC.'S ANSWER TO COMPLAINT** |
| Jack & the Green Sprouts, Inc., | |
| Defendant. | |

Defendant Jack & the Green Sprouts, Inc. ("Jack & the Green Sprouts") as and for its answer to Plaintiffs' Complaint, states and alleges as follows:

1.      Jack & the Green Sprouts denies each and every allegation in the Complaint except as specifically hereinafter admitted, qualified or otherwise answered.

2.      Jack & the Green Sprouts lacks sufficient knowledge or information to admit the allegations in Paragraph 1 of the Complaint and puts Plaintiffs to their burden of proof.

3.      Upon information and belief, Jack & the Green Sprouts admits that Kate Bozic experienced a pregnancy loss on approximately October 1, 2024.  Jack & the Green Sprouts denies the remaining allegations in Paragraph 2 of the Complaint.

4.      Jack & the Green Sprouts admits the allegations in Paragraph 3 of the Complaint.

5.      Subject to the understanding that Jack & the Green Sprouts does not admit the veracity of Plaintiffs' liability allegations, Jack & the Green Sprouts admits the jurisdictional and venue allegations in Paragraphs 4, 5 and 6 of the Complaint.

12737515

Filed in District Court
State of Minnesota
3/30/2026 3:04 PM

6.      Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the vague allegation in Paragraph 7 of the Complaint and puts Plaintiffs to their burden of proof.

7.      The jury demand stated in Paragraph 8 of the Complaint does not call for a response from this answering defendant.

8.      Jack & the Green Sprouts admits that listeriosis is an infection associated with the bacteria *Listeria monocytogenes.* Jack & the Green Sprouts lacks sufficient information to admit or deny the remaining allegations in Paragraph 9 of the Complaint and puts Plaintiffs to their burden of proof.

9.      Jack & the Green Sprouts lacks sufficient knowledge or information to admit the allegations in Paragraphs 10, 11, 12 and 13 of the Complaint and puts Plaintiffs to their burden of proof.

10.     Jack & the Green Sprouts admits generally that sprouts, including alfalfa sprouts, have been associated with foodborne illnesses in the past. Jack & the Green Sprouts admits that sprouts are sometimes sold and consumed as raw vegetables. Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 14 of the Complaint and puts Plaintiffs to their burden of proof.

11.     In response to the allegations in Paragraph 15, Jack & the Green Sprouts admits that some of the alfalfa sprouts it produced in 2016 were the subject of a governmental agency traceback investigation of an outbreak of E. coli O157 infections affecting individuals in Minnesota and Wisconsin.

12.     In response to the allegations in Paragraph 16 of the Complaint, Jack & the Green Sprouts admits generally that there are government agencies that monitor listeriosis infections in

12737515

2

Filed in District Court
State of Minnesota
3/30/2026 3:04 PM

the community.  Jack & the Green Sprouts also admits generally that whole genome sequencing (WGS) is a type of laboratory test that is sometimes conducted to identify and compare pathogens suspect to be involved in an outbreak of foodborne illness. Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 16 of the Complaint and puts Plaintiffs to their burden of proof.

13.     In response to the allegations in Paragraphs 17, Jack & the Green Sprouts admits that the Minnesota Department of Health, the Minnesota Department of Agriculture, the Center for Disease Control and the U.S. Food and Drug Administration investigated a suspected outbreak of listeriosis in October 2024.  Jack & the Green Sprouts also admits that it was contacted by some of those investigative agencies concerning the possibility that its alfalfa sprouts products may have been involved in the outbreak.

14.     Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraphs 18, 19, 20 and 21 of the Complaint and puts Plaintiffs to their burden of proof.

15.     Jack & the Green Sprouts denies the allegation in Paragraph 22 to the extent it is implied that Mrs. Bozic's pregnancy loss was caused by consuming alfalfa sprouts produced by Jack & the Green Sprouts.  In all remaining respects, Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 22 of the Complaint and puts Plaintiffs to their burden of proof.

16.     Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraphs 23 and 24 of the Complaint and puts Plaintiffs to their burden of proof.

12737515

17.     Jack & the Green Sprouts admits that in February 2025, it recalled certain alfalfa sprouts due to concerns about possible Listeria monocytogenes contamination. Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 25 of the Complaint and puts Plaintiffs to their burden of proof.

18.     Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraphs 26, 27, 28 and 29 of the Complaint and put Plaintiffs to their burden of proof.

19.     On information and belief, Jack & the Green Sprouts admits that Mrs. Bozic sought emergency medical care for symptoms associated with her pregnancy.  Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 30 of the Complaint and puts Plaintiffs to their burden of proof.

20.     In response to the allegations in Paragraph 31 of the Complaint, Jack & the Green Sprouts admits, on information and belief, that Mrs. Bozic experienced pregnancy loss during her hospitalization on or about October 1, 2024.

21.     Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraphs 32 and 33 of the Complaint and puts Plaintiffs to their burden of proof.

22.     In response to the allegations in Paragraph 34 of the Complaint, Jack & the Green Sprouts admits that Mrs. Bozic experienced pregnancy loss, received related medical treatment and experienced related physical and emotional pain, but denies that the pregnancy loss was caused by Jack & the Green Sprouts' conduct.

23.     Jack & the Green Sprouts denies that its conduct caused any of the harm or damages described in the allegations in Paragraph 35 of the Complaint.

12737515

4

Filed in District Court
State of Minnesota
3/30/2026 3:04 PM

24. Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 36 of the Complaint and puts Plaintiffs to their burden of proof.

25. The allegations in Paragraph 37 of the Complaint do not call for a response. If a response is required, Jack & the Green Sprouts reasserts its earlier responses to the allegations in Paragraphs 1 through 36 of the Complaint.

26. In response to the allegations in Paragraph 38 of the Complaint, Jack & the Green Sprouts admits generally that it manufactured, packaged and sold sprouts products for human consumption.

27. Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 39 of the Complaint and puts Plaintiffs to their burden of proof.

28. Jack & the Green Sprouts denies that its sprouts caused Mrs. Bozic's pregnancy loss. Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 40 of the Complaint and puts Plaintiffs to their burden of proof.

29. Jack & the Green Sprouts denies the allegations in Paragraph 41 of the Complaint.

30. The allegations in Paragraph 42 of the Complaint do not call for a response. If a response is required, Jack & the Green Sprouts reasserts its earlier responses to the allegations in Paragraphs 1 through 41 of the Complaint.

31. In response to the allegations in Paragraph 43 of the Complaint, Jack & the Green Sprouts admits only that it owed the duty of care prescribed by Minnesota law. To the extent that the allegations in Paragraph 43 of the Complaint may deviate from that legal duty, Jack & the Green Sprouts denies them.

32. Jack & the Green Sprouts denies the allegations in Paragraphs 44, 45 and 46 of the Complaint.

Filed in District Court
State of Minnesota
3/30/2026 3:04 PM

33.     The allegations in Paragraph 47 of the Complaint do not call for a response. If a response is required, Jack & the Green Sprouts reasserts its earlier responses to the allegations in Paragraphs 1 through 46 of the Complaint.

34.     In response to the allegations in Paragraph 48 of the Complaint, Jack & the Green Sprouts admits generally that it impliedly warranted its finished sprout products were fit for ordinary human consumption.

35.     Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 49 of the Complaint and puts Plaintiffs to their burden of proof.

36.     Jack & the Green Sprouts denies that any alleged contamination in its sprouts caused Plaintiff's alleged pregnancy loss.  In all other respects, Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 50 of the Complaint and puts Plaintiffs to their burden of proof.

37.     The allegations in Paragraph 51 of the Complaint do not call for a response. If a response is required, Jack & the Green Sprouts reasserts its earlier responses to the allegations in Paragraphs 1 through 50 of the Complaint.

38.     In response to the allegations in Paragraph 52 of the Complaint, Jack & the Green Sprouts admits generally that it was aware of the risk that sprouts can potentially be contaminated with pathogens that are potentially harmful to individuals who eat the sprouts. In all remaining respects, Jack & the Green Sprouts lacks sufficient knowledge or information to admit the broad allegations in Paragraph 52 of the Complaint and puts Plaintiffs to their burden of proof.

39.     Jack & the Green Sprouts denies the allegations in Paragraphs 53 and 54 of the Complaint.

12737515

40.     The allegations in Paragraph 55 of the Complaint do not call for a response. If a response is required, Jack & the Green Sprouts reasserts its earlier responses to the allegations in Paragraphs 1 through 54 of the Complaint.

41.     Jack & the Green Sprouts admits generally that it was required to comply with certain statutes and regulations in connection with the operation of its sprout business.  Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the vague remaining allegations in Paragraph 56 of the Complaint and puts Plaintiffs to their burden of proof.

42.     Jack & the Green Sprouts denies the allegations in Paragraph 57 of the Complaint.

43.     Jack & the Green Sprouts lacks sufficient knowledge or information to admit or deny the vague allegations in Paragraph 58 of the Complaint and puts Plaintiffs to their burden of proof.

44.     Jack & the Green Sprouts denies the allegations in Paragraph 59 of the Complaint.

45.     The allegations in Paragraph 60 of the Complaint do not call for a response. If a response is required, Jack & the Green Sprouts reasserts its earlier responses to the allegations in Paragraphs 1 through 59 of the Complaint.

46.     Jack & the Green Sprouts denies the allegations in Paragraph 61 of the Complaint.

## AFFIRMATIVE DEFENSES

1.     Plaintiffs' claim, in whole or in part, fails to state a claim upon which relief can be granted.

2.     Plaintiffs' claimed injuries and damages may have been caused, in whole or in part, by the negligence, breach of warranty or other fault of Plaintiffs and/or nonparties over whom Jack & the Green Sprouts had no control.

12737515

7

3.      Plaintiffs knowingly and voluntarily assumed all risks associated with the consumption of the product at issue in this case and such assumption of risks bars, in whole or in part, the damages Plaintiffs seeks to recover.

4.      Some of Plaintiffs' claimed damages may be of a type that is recoverable under Minnesota law only in the context of a wrongful death action rather than this personal injury action.

5.      Plaintiffs' alleged injuries and damages may have been caused by an intervening and superseding cause.

6.      Plaintiff's negligence per se claim is barred because federal and statute statutes either do not apply or do not impose a standard of care on Defendant for liability purposes.

7.      Plaintiffs' negligence and breach of warranty claims are barred because they merge with, or are duplicative of, Plaintiff's strict liability claim.

8.      Jack & the Green Sprouts affirmatively alleges, but without relieving Plaintiffs of their burden of proof in any respect, that the claims asserted are or may be barred by any and all of the affirmative defenses contemplated by Rule 8.03 of the Minnesota Rules of Civil Procedure. The extent to which the Plaintiff's claims are or may be barred by one or more of said affirmative defenses, not specifically set forth herein, cannot be determined until there has been further discovery. Defendant, therefore, incorporates all such affirmative defenses set forth in Rule 8.03.

WHEREFORE, prays that Plaintiffs take nothing by their cause of action and that judgment and dismissal be entered in favor of Jack & the Green Sprouts, together with an award of its costs and disbursements herein.

12737515

8

Filed in District Court
State of Minnesota
3/30/2026 3:04 PM

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA, P.A.


Dated:  March 30, 2026          /s/ Timothy Carrigan
Timothy J. Carrigan (#0338412)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
tjcarrigan@ArthurChapman.com

*Attorneys for Defendant*
*Jack & the Green Sprouts, Inc.*




**ACKNOWLEDGMENT**

The attorney whose signature appears above hereby acknowledges that sanctions may be imposed for violations of Minn. Stat. §549.211.


   /s/ Timothy Carrigan
Timothy J. Carrigan

9

12737515